# Third District Court of Appeal

## State of Florida

Opinion filed November 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1469
Lower Tribunal No. 18-24415
_____

**Robert A. Tucker, etc.,**
Appellant,

vs.

**Ali Ebadian, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Hunker Paxton Appeals & Trials, and Thomas L. Hunker and V. Ashley Paxton (Fort Lauderdale), for appellant.

Dearr Perdigon, and Craig R. Dearr and Wendy S. Rounds, for appellees Ali Ebadian and Shahrouz Ebadian; Bales Sommers & Klein, P.A., and Jason Klein and Richard M. Bales, Jr., for appellee Phiston Technologies, Inc.

Before FERNANDEZ, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed.